# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JENIFER M. FISHER,

    Plaintiff,

 v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C17-0942-MAT

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1) From a review of the application, it appears that IFP status is not warranted in light of plaintiff's reported monthly income and savings. Accordingly, the IFP application is DENIED. This action shall proceed in the Court only if plaintiff pays the Civil filing fee of $400.00 within thirty (30) days after entry of this Order.

Plaintiff is advised that this action will be subject to dismissal if the applicable filing fee is not paid.

The Clerk shall send a copy of this Order to plaintiff.

DATED this 28th day of June, 2017.

            _/s/ Mary Alice Theiler_
            Mary Alice Theiler
            United States Magistrate Judge